**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 475 MAL 2014
                                :
           Respondent         : Petition for Allowance of Appeal from the
                                : Order of the Superior Court
                                :
              v.                      :
                                :
                                :
SHAN WILLIAM MEHAFFIE,       :
                                :
           Petitioner          :

## ORDER

**PER CURIAM**

      **AND NOW**, this 29th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.